# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Guy Greene,

                    Plaintiff,

v.                                                          Civil No. 11-979 (JRT/TNL)

Dennis Benson, et al.,

                    Defendants.
_____                          **AMENDED ORDER**

Peter Allan,

                    Plaintiff,

v.                                                          Civil No. 11-1611 (ADM/JJK)

Lucinda Jesson, et al.,

                    Defendants.

_____

Joseph Thompson,

                    Plaintiff,

v.                                                          Civil No. 11-1704 (DWF/JJK)

Cal R. Ludeman, et al.,

                    Defendants.
_____

Shawn M. Jamison,

                Plaintiff,

v.                                                      Civil No. 11-2136 (RHK/FLN)

Cal R. Ludeman, et al.,

                Defendants.

_____

Hollis J. Larson,

                Plaintiff,

v.                                                     Civil No. 11-2247 (PAM/AJB)

Lucinda Jesson, et al.,

                Defendants.

_____

Jacquard Larkin,

                Plaintiff,

v.                                                 Civil No. 11-2339 (RHK/JSM)

Cal Ludeman, et al.,

                Defendants.

_____

Wallace James Beaulieu,

                Plaintiff,

v.                                                 Civil No. 11-2593 (DWF/JSM)

Lucinda Jesson, et al.,

                Defendants.

_____

2

Wallace James Beaulieu,

                Plaintiff,

v.                                                       Civil No. 11-2755 (DWF/JSM)

Lucinda Jesson, et al.,

                Defendants.

_____

Hearvy Brown,

                Plaintiff,

v.                                                       Civil No. 11-2859 (JRT/SER)

Cal Ludeman, et al.,

                Defendants.

_____

Kevin Moen,

                Plaintiff,

v.                                                       Civil No. 11-2906 (ADM/SER)

Lucinda Jesson, et al.,

                Defendants.

_____

3

Daniel Larsen,

              Plaintiff,

v.                                                      Civil No. 11-3025 (ADM/AJB)

Dennis Benson, et al.,

              Defendants.
_____

Steven A. Housman,

              Plaintiff,

v.                                                      Civil No. 11-3035 (PAM/JJG)

Cal Ludeman, et al.,

              Defendants.
_____

Chris Krych,

              Plaintiff,

v.                                                      Civil No. 11-3091 (JRT/AJB)

DHS MSOP-ML, April 6, 2011 Client
Placement Committee members and
participants (John Doe's/Jane Doe's), et al.,

              Defendants.
_____

4

William Beals,

        Plaintiff,

v.                                                                    Civil No. 11-3121 (PAM/AJB)

Dennis Benson, et al.,

        Defendants.
_____

Wesley Elmer Wills,

        Plaintiff,

v.                                                                    Civil No. 11-3429 (PAM/TNL)

Lucinda Jesson, et al.,

        Defendants.
_____

Michael Pittman,

        Plaintiff,

v.                                                                    Civil No. 11-3658 (SRN/TNL)

Lori Swanson, et al.,

        Defendants.
_____

Kevin Scott Karsjens, et al.,

                  Plaintiffs,

v.                                                 Civil No. 11-3659 (DWF/JJK)

Minnesota Department of Human
Services, et al.,

                  Defendants.
_____

Dale Lindsey,

                  Plaintiff,

v.                                                 Civil No. 11-3674 (SRN/SER)

Lori Swanson, et al.,

                  Defendants.
_____

Ryan J. White,

                  Plaintiff,

v.                                                 Civil No. 11-3702 (JRT/LIB)

Governor Mark Dayton, et al.,

                  Defendants.
_____

Jamaal Carey,

        Plaintiff,

v.                                           Civil No. 11-3711 (SRN/FLN)

Lori Swanson, et al.,

        Defendants.
_____

Eugene Christopher Banks,

        Plaintiff,

v.                                           Civil No. 11-3712 (ADM/JJK)

Lori Swanson, et al.,

        Defendants.
_____

Gary P. Scott,

        Plaintiff,

v.                                           Civil No. 11-3714 (SRN/TNL)

Governor Mark Dayton, et al.,

        Defendants.
_____

Charles A. Taylor a/k/a Terrance A. Pettis,

        Plaintiff,

v.                                         Civil No. 11-3728 (ADM/SER)

Lori Swanson, et al.,

        Defendants.

_____

Darin D. Davidson,

               Plaintiff,

v.                                                    Civil No. 11-3733 (JNE/FLN)

Mark Dayton, et al.,

               Defendants.
_____

Robert Scott,

               Plaintiff,

v.                                                    Civil No. 11-3737 (JRT/JJG)

Lori Swanson, et al.,

               Defendants.
_____

Christopher Ivey,

               Plaintiff,

v.                                                    Civil No. 12-30 (DWF/TNL)

MSOP, et al.,

               Defendants.
_____

8

Christopher Eckman,

          Plaintiff,

v.                                                                          Civil No. 12-45 (MJD/JJK)

Lori Swanson, et al.,

          Defendants.
_____

James D. Fries,

          Plaintiff,

v.                                                                          Civil No. 12-62 (PJS/JSM)

Governor Mark Dayton, et al.,

          Defendants.
_____

Leslie L. Tallman,

          Plaintiff,

v.                                                                          Civil No. 12-131 (RHK/JSM)

Lori Swanson, et al.

          Defendants.
_____

Merel Evans Bishop,

                    Plaintiff,

v.                                                                          Civil No. 12-135 (ADM/SER)

Lori Swanson, et al.,
                    Defendants.
_____

Eric Leon Gates,

                    Plaintiff,

v.                                                                          Civil No. 12-181 (RHK/AJB)

Lori Swanson, et al.,

                    Defendants.
_____

Joseph Goodwin,

                    Plaintiff,

v.                                                                          Civil No. 12-180 (SRN/SER)

Lori Swanson, et al.,

                    Defendants.
_____

Lance Wickner,
                    Plaintiff,

v.                                                                          Civil No. 11-2905 (DWF/JJK)

Stephanie Danielson, et al.,

                    Defendants.
_____

Paul J. Knutson,

                    Plaintiff,

v.                                                                 Civil No. 10-357 (PJS/LIB)

Dennis Benson, et al.,

                    Defendants.
_____

Charles Richard Stone,

                    Plaintiff,

v.                                                                 Civil No. 11-951 (MJD/JSM)

Lucinda E. Jesson, et al.,

                    Defendants.
_____

Raymond L. Semler, et al.,

                    Plaintiff,

v.                                                                 Civil No. 11-644 (DWF/TNL)

Cal Ludeman, et al.,

                    Defendants.
_____

Eugene Christopher Banks,

             Plaintiff,

v.                                         Civil No. 11-1706 (MJD/JJK)

Lucinda Jesson, et al.,

             Defendants.
_____

Michael Mrozek,

             Plaintiff,

v.                                         Civil No. 11-2572 (JRT/SER)

Holly Ringler, et al.,

             Defendants.
_____

The above-entitled matters have been filed as of the date of this Order in the United States District Court for the District of Minnesota. All Plaintiffs, whether filing individually or as co-Plaintiffs, have been civilly committed to the Minnesota Sex Offender Program. Furthermore, until January 20, 2012, all Plaintiffs, with the exception of Michael Mrozek, Plaintiff in Civil No. 11-2572, have been *pro se.*  In Civil No. 11-3659 (DWF/JJK), a motion is pending for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure. Daniel E. Gustafson, Esq., Gustafson Gluek PLLC, presently represents the Plaintiffs in Civil No. 11-3659 (DWF/JJK) and the Plaintiff in Civil

No. 11-1704 (DWF/JJK) as a participant in the Minnesota Chapter of the Federal Bar Association's *Pro Se* Project.

On January 25, 2012, the undersigned issued a stay order, however, unintentionally omitted the following cases from the caption of the order:  Civil Nos. 11-2905, 10-357, 11-951, 11-644, 11-1706 and 11-2572.  The Court hereby amends the January 25, 2012 order to include all cases to be stayed filed as of the date of this Order.

The undersigned, in his capacity as Chief United States District Judge for the District of Minnesota, in order to secure the just, speedy, and inexpensive resolution of the above-entitled actions pending before the Court, has consulted with the judges and magistrate judges assigned to the above-entitled matters.

Based upon the status of the above-entitled matters and the pending motion for class certification in Civil No. 11-3659 (DWF/JJK), and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

## ORDER

1. **Stay of All Cases Pending Resolution of Pending Motion for Class Certification in Civil No. 11-3659 (DWF/JJK).**

All current and future civil rights cases brought by an individual or group of individuals who has or have been civilly committed to the Minnesota Sex Offender Program are hereby **STAYED** in all respects, with the exception of Civil No. 11-3659

(DWF/JJK) and Civil No. 11-1704 (DWF/JJK), pending resolution of the motion for class certification in Civil No. 11-3659 (DWF/JJK), unless otherwise ordered by the Court.

      **2.**     **Service.**

      The Clerk of the United States District Court for the District of Minnesota is respectfully directed to provide a copy of this Order, via United States mail, to every unrepresented Plaintiff in all of the cases that are stayed.

Dated:  February 6, 2012             s/ Michael J. Davis_____
                                      MICHAEL J. DAVIS
                                      Chief United States District Judge